IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02440–EWN–BNB

MATTHEW ARAGON,

    Plaintiff,

v.

LIFE QUOTES, INC.,

    Defendant.

---

## ORDER SETTING TRIAL PREPARATION CONFERENCE

This matter having been set for trial commencing on September 12, 2005, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 2:15 o'clock p.m. on Friday, **September 9, 2005**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this  19  day of July, 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge