IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-02440-EWN-BNB

MATTHEW ARAGON,

Plaintiff,

v.

LIFE QUOTES, INC.,

Defendant.

_____

_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 12, 2005**, the parties shall file a stipulation or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge