IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-2440-EWN-BNB

MATTHEW ARAGON,

Plaintiff,

v.

LIFE QUOTES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Transcript of the Settlement Agreement** (the "Motion"), filed on August 29, 2005.

     IT IS ORDERED that the Motion is GRANTED. Avery Reporting may produce a transcript of the record of the settlement agreement made on July 29, 2005. The Court original transcript is to be FILED UNDER SEALED.


DATED:  August 31, 2005