IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-02440-EWN-BNB

MATTHEW ARAGON,

Plaintiff,

v.

LIFE QUOTES, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Defendant's Motion to Enforce Settlement Agreement and Request for**

**Hearing** (the "Defendant's Motion"), filed August 29, 2005;

(2)     Plaintiff's **Motion to Enforce Settlement Agreement, Or In the Alternative,**

**Motion for Entry of Judgment** (the "Plaintiff's Motion"), filed August 30, 2005;

(3)     Patricia Bangert's **Motion to Enforce Attorney's Lien**, filed August 31, 2005;

and

(3)     Patricia Bangert's **Motion to Participate In Hearing** (the "Motion to

Participate"), filed September 13, 2005.

I held a hearing on the motions today and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the plaintiff and the defendant shall exchange fully executed

settlement agreements on or before **October 4, 2005**.  The defendant shall deliver to Stuart

Mann, plaintiff's counsel, a check in the full amount of the settlement.  From the settlement proceeds, Mr. Mann shall hold in his trust account a sum of money of not less than $35,519.98, which shall not be disbursed or released from Mr. Mann's trust account without further order of this court.

IT IS FURTHER ORDERED that the Defendant's Motion and the Plaintiff's Motion are DENIED as moot.

IT IS FURTHER ORDERED that the Motion to Participate is GRANTED.

IT IS FURTHER ORDERED that the Motion to Enforce Attorney's Lien is set for an evidentiary hearing on **December 2, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The defendant is excused from attendance at the hearing.  The plaintiff and Ms. Bangert shall submit to my chambers (but not file with the Clerk of the Court), on or before **November 28, 2005**, witness lists and exhibit lists, together with the originals and two copies of all exhibits to be offered at the hearing.  The exhibits shall be pre-marked, separated into sets, and each set shall be submitted in a three ring binder for ease of reference.

IT IS FURTHER ORDERED that in connection with the Motion to Enforce Attorney's Lien, the plaintiff and Ms. Bangert shall each be allowed to conduct the following discovery:

15 Requests for Production of Documents;

10 Requests for Admissions; and

1 deposition, not to exceed 7 hours in length.

The written discovery must be served on or before **November 1, 2005**, and responses are due within fifteen days of service of the requests.  The depositions must be completed on or

before **November 25, 2005**.

Dated September 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge