# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-02440-EWN-BNB**

MATTHEW ARAGON,

Plaintiff,

v.

LIFE QUOTES, INC.,

Defendant.

---

## ORDER OF DISMISSAL
---

THIS MATTER coming before the Court on the Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

DONE AND ORDERED this 22nd day of November, 2005.

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge