IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02440-EWN-BNB

**MATTHEW ARAGON,**

    Plaintiff,

v.

**LIFE QUOTES, INC.,**

    Defendant

---

### ORDER
---

This matter is before me on the parties jointly-filed Stipulated Motion for Dismissal of Attorney's Lien, filed on November 28, 2005. **IT IS ORDERED** that:

(1) The $36,519.98 ordered by the Court to be held in trust by the Law Office of Stuart D. Mann, LLC be disbursed by releasing to Patricia S. Bangert, Esq. the sum of $21,000, as full and final settlement of her attorney's lien, and by releasing the remainder of the sums held in trust to Plaintiff, Matthew Aragon, and his attorney;

(2) Patricia Bangert's **Attorney's Lien**, filed in this matter on August 21, 2005, is satisfied;

(3) Patricia Bangert's **Motion to Enforce Attorney's Lien**, filed August 31, 2005, is DENIED as moot; and

(4) The December 2, 2005 evidentiary hearing set for this matter is vacated.

DATED this 30th day of November, 2005.

                                        **BY THE COURT:**

                                        _/s/ Boyd N. Boland_
                                        United States Magistrate Judge